IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TYRONE HILL,

    Petitioner,

v.

CLIFFORD SMITH, Warden,

    Respondent.

Case No. 2:07-cv-891

JUDGE WATSON
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On September 17, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties explicitly were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The docket indicates that notice of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable because petitioner apparently has been released on furlough. *See* Doc. Nos. 24, 26. However, it is petitioner's responsibility to keep the Court advised of his current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED.**

    **IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**